United States District Court

Sherman.Tx. Eastern Division

Gerald Demarsh Sr.

v.s.                                                    case: 4:14cv141

Sheriff Travis

Bobby Mcfarling

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUL 15 2014
DAVID J. MALAND, CLERK
BY _____
DEPUTY

~~To~~ reply to Magistrate Bush's orders,

I receivced Bush's reconsideration July 12 2014 for judge Schell.Bush is nothing but a political stooge for the republican party.He has been for every law suit I have filed.I know if United States Senator Patrick Leaky investigates he will find Schell and Bush are obligated to Senator Conner,He was the one that the senate confirmed his nomation.I have been in the United States District court system for ten yearsand have never had a jury trail.I put in jail for thrity four days just for them to try to intimidate me into dropping the law suit.My son has been sent to prison for two years without a having a jury trail.On any of the law suits Steven was not guilty any more than you or i.After i hit Mcfarling I was arrested for a felony the bond was 10500.00.Mcfarling is some relation to a state judge also.

1:At the Denton senior citizen center Mcfarling kept kicking a wwII vet under the table , the guy was afraid of him.

2:My son was selling raffle tickets I bought ten of them laid them down on table to go to restroom when I returned four were missing Mcfarling picked them up,later he asked me to put them in basket. A couple of days later I asked him why he didn't sign them he said he was in a hurry.

3:I had a growth ~~cut out~~ under my arm on 10-25-2013,it was cancer.On 10-28-2013.Mcfarling slapped me on my shoulder as I was setting at table at senior center,I started to hit him back but due to the pain I waited.Mcfarling ~~instigation~~ instigated the fight.I finally released on 11-29-2013 after a no bond was lifted after several days.While I was in the county jail I told medical personal I had broke something lose at the point of surgery it was draining a lot of fluid ,from the tube into the vaccum bottle.I requested to be taken to Baylor cancer center.I never was seen by a doctor medical and they only changed my dressing twice while in county.Told me they would see about it Monday. I know they wanted to get a court order to remove the tube.I was put in general population after medical ward. After I got out of jil I went to Baylor and they drained a lot of blood out of wound.She ask if I was in pain ,I was relieved after the pressure was gone. Texas State Judge Ramsey said he had a charge of injury to a child I told him I would not sign it.Mcfarling is 6ft.and 230 lbs. I am 83 years old.If this whole thing was a sit up I don't know what you would call it.I have sent several request to have Schell and Bush removed as the prevailing judges.Their

attiudes have been the same for the last five years I have been in their court. The is the reason I petition Sentor Leaky to bring about a investigation and impeachment with charges before the Senate. All of the statues Bush has quoted are frivolous and do not pertain to mt law suit .Acting as a defined attorney than a United States District Court Judge,I have more to say if I every get in front of a jury.

7/15/14
Date of delivery

*Gerald D. Marsh Sr.*
Pro se   Gerald Demarsh Sr.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded by first class mail [ or, delivered in person ] to each attorney/party of record on this date : _____7/15/14_____.


Pro Se _____
Signature of Party