# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| GERALD DEMARSH, SR., § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | CASE NO. 4:14cv141 |
| § | | |
| DENTON COUNTY, ET AL., § | | |
| Defendants. § | | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On July 10, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that this matter be dismissed, that any claims under Section 1983 be dismissed for failure to state a claim, and that any other state law claims of negligence or claims involving other alleged misconduct be dismissed for lack of jurisdiction. The court has made a *de novo* review of the objections raised by Plaintiff and is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit as to the ultimate findings of the Magistrate Judge. The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court. Therefore, any claims under Section 1983 are dismissed for failure to state a claim and any other state law claims of negligence or claims involving other alleged misconduct are dismissed for lack of jurisdiction.

**IT IS SO ORDERED.**

**SIGNED this the 31st day of March, 2015.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE