IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GERALD DEMARSH, SR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:14cv141 |
| | § | |
| DENTON COUNTY, ET AL., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Memorandum Adopting Report and Recommendation of United States Magistrate Judge filed in this matter, it is hereby

**CONSIDERED, ORDERED** and **ADJUDGED** that the above titled and numbered cause of action is **DISMISSED**.

This matter shall be closed on the court's docket.

**IT IS SO ORDERED.**

SIGNED this the 31st day of March, 2015.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE